1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   JOHN RICHARDSON,                    1:03-cv-06879-OWW-DLB-P

12              Plaintiff,          **ORDER ADOPTING FINDINGS AND
                                    RECOMMENDATIONS** (Doc. 10)
13   vs.
                                    **ORDER DISMISSING ACTION**
14   J. AVILA, et al.,

15              Defendants.
                                   /
16   ─────────────────────────────

17        Plaintiff, John Richardson ("plaintiff"), a state prisoner

18   proceeding pro se and in forma pauperis, has filed this civil

19   rights action seeking relief under 42 U.S.C. § 1983.  The matter

20   was referred to a United States Magistrate Judge pursuant to 28

21   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

22        On August 14, 2006, the Magistrate Judge filed Findings and

23   Recommendations herein which were served on plaintiff and which

24   contained notice to plaintiff that any objections to the Findings

25   and Recommendations were to be filed within eleven (11) days.  To

26   date, plaintiff has not filed objections to the Magistrate

27   Judge's Findings and Recommendations.

28   //

                                    1

1    In accordance with the provisions of 28 U.S.C.

2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

3  <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the

4  entire file, the Court finds the Findings and Recommendations to

5  be supported by the record and by proper analysis.

6    Accordingly, IT IS HEREBY ORDERED that:

7    1.   The Findings and Recommendations, filed August 14,

8  2006, are ADOPTED IN FULL; and,

9    2.   This action is DISMISSED based on plaintiff's failure

10  to obey the court's order of May 17, 2006.

11  IT IS SO ORDERED.

12  **Dated:    September 16, 2006**              **/s/ Oliver W. Wanger**
    emm0d6                                UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28